**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ROBERT HALL**                                                    **PLAINTIFF**
*#151678*

**v.**                          **No: 4:26cv00138-JM-JTK**

**BELT,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Jerome T. Kearney and the objections filed.  In addition to filing his objection, Plaintiff filed a brief in support of his motion for preliminary injunction.  For this reason, the Court declines to adopt the Proposed Findings and Recommendation.  The case is referred back to Judge Kearney for consideration.

DATED this 26th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE