**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT HALL**                                                                          **PLAINTIFF**
**# 151678**

**v.**                                      **CASE NO. 4:26-cv-00138-JM-JTK**

**BELT, et al.**                                                                       **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.   After carefully considering Mr. Hall's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. No. 3) is DENIED without prejudice.

Dated this 17th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE