## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROBERT HALL                                                                    PLAINTIFF
# 151678

v.                              CASE NO. 4:26-cv-00138-JM-JTK

BELT, et al.                                                                  DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.   No objections have been filed.   After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's claims against Defendant Stepps and Defendant Angie Doe are DISMISSED without prejudice at Plaintiff's request;

2.      Plaintiff's claims against the Doe United States Marshals are DISMISSED without prejudice for failure to state a claim on which relief may be granted;

3.      Defendants Stepps, Angie Doe, and the Doe United States Marshals are TERMINATED as parties to this action.

Dated this 7th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE