**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

ROBERT HALL,                                              PLAINTIFF
# 151678

v.                                    Case No. 4:26-cv-00138-JM

GEORGE BELT, *et al*.                                                DEFENDANTS


## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 15th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE